# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2827
_____

OMAR LOUREIRO,

Appellant,

v.

JULIE L. JONES, Secretary
Florida Dept. of Corrections,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

January 2, 2018

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Omar Loureiro, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.